## WEBB, ET AL. V. DUNN & LALLANDE BROS.

### Assumpsit.

(Decided Feb. 14, 1907.—Rehearing denied May 6, 1907.)

APPEAL from Birmingham City Court.

Heard before Hon. C. W. FERGUSON.

RUSHTON & COLEMAN, for appellant.

G. A. EVANS, for appellee.

TYSON, C. J.—Affirmed on the authority of *Woodrow v. Hawving,* 105 Ala. 240, 16 South. 710.

DOWDELL, ANDERSON and DENSON, JJ., concur.